UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) SARY RATH, a/k/a "BG," a/k/a "Bad Guy," a/k/a "Baby Gangster," and<br>(2) ANEL REYES, a/k/a "A-Tecc," a/k/a "A.T.E.C.,"<br><br>Defendants | Criminal No. 23cr10200<br><br>Violations:<br><br>Count One: Distribution of and Possession with Intent to Distribute 500 Grams and More of Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))<br><br>Count Two: Distribution of and Possession with Intent to Distribute 100 Grams and More of p-Fluorofentanyl<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi))<br><br>Count Three: Distribution of and Possession with Intent to Distribute 400 Grams and More of Fentanyl; Aiding and Abetting<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi); 18 U.S.C. § 2)<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Distribution of and Possession with Intent to Distribute
500 Grams and More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury charges:

On or about November 11, 2021, in Lowell, in the District of Massachusetts, the defendant,

(1) SARY RATH, a/k/a "BG," a/k/a "Bad Guy," a/k/a "Baby Gangster,"

did knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

<u>COUNT TWO</u>
Distribution of and Possession with Intent to Distribute
100 Grams and More of p-Fluorofentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi))

The Grand Jury further charges:

On or about January 14, 2022, in Chelmsford, in the District of Massachusetts, the defendant,

(2) ANEL REYES, a/k/a "A-Tecc," a/k/a "A.T.E.C.,"

did knowingly and intentionally distribute and possess with intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of p-Fluorofentanyl, a Schedule I controlled substance and analogue of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as Fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

## COUNT THREE
Distribution of and Possession with Intent to Distribute
400 Grams and More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about December 20, 2021, in Chelmsford, in the District of Massachusetts, the defendants,

      (1) SARY RATH, a/k/a "BG," a/k/a "Bad Guy," a/k/a "Baby Gangster," and
      (2) ANEL REYES, a/k/a "A-Tecc," a/k/a "A.T.E.C.,"

did knowingly and intentionally distribute and possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as Fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 841, set forth in Counts One through Three, the defendants,

   (1) SARY RATH, a/k/a "BG," a/k/a "Bad Guy," a/k/a "Baby Gangster," and
   (2) ANEL REYES, a/k/a "A-Tecc," a/k/a "A.T.E.C."

   shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

/s/ James K. Dretz
FOREPERSON

/s/ Fred M. Wyshak, III
FRED M. WYSHAK, III
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 26, 2023
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK
at 2:55 PM

5